# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-1189

_____

Raymond L. Semler,                     *
                                       *
          Appellant,                   *
                                       *   Appeal from the United States
    v.                                 *   District Court for the
                                       *   District of Minnesota.
Donna Finch,                           *
                                       *   [UNPUBLISHED]
          Appellee.                    *

_____

Submitted:  September 21, 2009
Filed:  September 28, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

        Raymond L. Semler appeals the district court's[1] dismissal of his lawsuit raising 42 U.S.C. § 1983 and state-law claims.  Upon de novo review, see Allen v. Purkett, 5 F.3d 1151, 1153 (8th Cir. 1993) (per curiam), we agree with the district court that dismissal was proper because Semler's claims were barred by res judicata.  The judgment is affirmed.  See 8th Cir. R. 47B.

_____

_____

        [1]The Honorable Joan N. Ericksen, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.